## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 8:08CR439** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **ANTWAN L. WRIGHT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This case is before the court on the defendant's Motion for Release from Detention (#174).  The defendant requests the court to reopen the issue of detention based upon the defendant's entrance of a guilty plea pursuant to a cooperation plea agreement and that the defendant should be released to a third-party custodian.

After reviewing the December 19, 2008 Pretrial Services memorandum, the court's December 23, 2008 Detention Order (#36), and the documents admitted during the June 22, 2009 plea hearing, I find the motion should be denied without hearing.

The proposed placement fails to address the court's concerns surrounding the defendant's substantial prior criminal record which includes two felony drug convictions, fourteen convictions for driving under suspension, and two convictions for failure to appear. Additionally, the proposed placement and its underlying reasons fail to rebut the presumption of detention under 18 U.S.C. § 3142(e).

**IT IS ORDERED:** The defendant's Motion for Release from Detention (#174) is denied without hearing.

Dated this 6th day of July 2009.

BY THE COURT:


S/ F. A. Gossett
United States Magistrate Judge